**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 00-6606**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JUANITA WALKER COOPER,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Solomon Blatt, Jr., Senior District Judge.  (CR-92-108, CA-00-1288)

―――――――――

Submitted:  September 21, 2000        Decided:  September 28, 2000

―――――――――

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Juanita Walker Cooper, Appellant Pro Se.  Miller Williams Shealy, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Juanita Walker Cooper seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Cooper, Nos. CR-92-108; CA-00-1288 (D.S.C. Apr. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2